Carol W. Wu, Trustee
25a Crescent Dr. #413
Pleasant Hill, CA 94523
Telephone/Facsimile: (408) 404-7039



**FILED**

FEB 1 5 2006

CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| IN RE: | Chapter 7 |
|---|---|
| GO SKATE SURF AND SPORT, INC. | 03-57317-AW |
| (Debtor) | TRUSTEE'S REPORT OF DISTRIBUTION |

The undersigned Trustee of the above-entitled estate hereby files this Trustee's Report of Distribution, and declares as follows:

1.  That all assets and funds of the estate which have come under my control have been properly accounted for as provided for by law, and all funds have been disbursed in accordance with the law.

2.  An itemized statement of the Trustee's receipts and disbursements, showing a zero balance of funds on hand, is attached hereto as U.S.T. FORM II (Estate Cash Receipts and Disbursements Record) together with bank statements and cancelled checks.

I certify under penalty of perjury that the foregoing is true and correct. Therefore, pursuant to FRBP 5009, I request that this report be accepted, that the Court order the case closed, that I be discharged as Trustee and that my bond be cancelled.

Date _____ 1/29/06          Trustee _____
                                        CAROL W. WU, TRUSTEE

---

REVIEW BY UNITED STATES TRUSTEE

The United States Trustee has reviewed the foregoing TRUSTEE'S REPORT OF DISTRIBUTION.

Date: 2/14/06          BY: _____ **U.S. Trustee**
                              UNITED STATES TRUSTEE

**Exhibit I**
# PROPOSED DISTRIBUTION

Case Number: 03-57317   AW
Debtor Name: GO SKATE SURF AND SPORT INC

Page 1

Date: March 24, 2005

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $24,571.65 |
| | CAROL W. WU | Admin | 001 | $3,438.71 | $0.00 | $3,438.71 | $3,438.71 | $21,132.94 |
| | CAROL W. WU | Admin | 001 | $35.37 | $0.00 | $35.37 | $35.37 | $21,097.57 |
| | LUCE, FORWARD, HAMILTON & SCRIPPS L | Admin | 001 | $5,248.00 | $0.00 | $5,248.00 | $5,248.00 | $15,849.57 |
| | LUCE, FORWARD, HAMILTON & SCRIPPS L | Admin | 001 | $869.83 | $0.00 | $869.83 | $869.83 | $14,979.74 |
| | RICHARD PIEROTTI | Admin | 001 | $2,306.50 | $0.00 | $2,306.50 | $2,306.50 | $12,673.24 |
| | RICHARD PIEROTTI | Admin | 001 | $137.51 | $0.00 | $137.51 | $137.51 | $12,535.73 |
| | JOHN SCHMITZ | Admin | 001 | $2,148.25 | $2,148.25 | $0.00 | $0.00 | $12,535.73 |
| | JOHN SCHMITZ | Admin | 001 | $136.34 | $136.34 | $0.00 | $0.00 | $12,535.73 |
| | SUM OF BOND PAYMENTS | Admin | 999 | $30.87 | $30.87 | $0.00 | $0.00 | $12,535.73 |
| Subtotals For Class Administrative 100.00 % | | | | $14,351.38 | $2,315.46 | $12,035.92 | $12,035.92 | |
| 49 | STATE BOARD OF EQUALIZATION | Priority | 046 | $66,094.95 | $0.00 | $66,094.95 | $12,535.73 | $0.00 |
| Subtotals For Class Priority 18.97 % | | | | $66,094.95 | $0.00 | $66,094.95 | $12,535.73 | |
| << Totals >> | | | | $80,446.33 | $2,315.46 | $78,130.87 | $24,571.65 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this

Exhibit I
# PROPOSED DISTRIBUTION

Case Number: 03-57317  AW
Debtor Name: GO SKATE SURF AND SPORT INC

Page 2

Date: March 24, 2005

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|

proposed distribution.

# Exhibit 1
# FINAL DISTRIBUTION

Case Number: 03-57317   AW              Page  1                                    Date: January 29, 2006
Debtor Name: GO SKATE SURF AND SPORT INC

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $0.00 |
| | CAROL W. WU | Admin | 001 | $3,438.71 | $3,438.71 | $0.00 | $0.00 | $0.00 |
| | CAROL W. WU | Admin | 001 | $35.37 | $35.37 | $0.00 | $0.00 | $0.00 |
| | LUCE, FORWARD, HAMILTON & SCRIPPS L | Admin | 001 | $5,248.00 | $5,248.00 | $0.00 | $0.00 | $0.00 |
| | LUCE, FORWARD, HAMILTON & SCRIPPS L | Admin | 001 | $869.83 | $869.83 | $0.00 | $0.00 | $0.00 |
| | RICHARD PIEROTTI | Admin | 001 | $2,306.50 | $2,306.50 | $0.00 | $0.00 | $0.00 |
| | RICHARD PIEROTTI | Admin | 001 | $137.51 | $137.51 | $0.00 | $0.00 | $0.00 |
| | JOHN SCHMITZ | Admin | 001 | $2,148.25 | $2,148.25 | $0.00 | $0.00 | $0.00 |
| | JOHN SCHMITZ | Admin | 001 | $136.34 | $136.34 | $0.00 | $0.00 | $0.00 |
| | SUM OF BOND PAYMENTS | Admin | 999 | $30.87 | $30.87 | $0.00 | $0.00 | $0.00 |
| | Subtotals For Class Administrative  100.00 % | | | $14,351.38 | $14,351.38 | $0.00 | $0.00 | |
| 49 | STATE BOARD OF EQUALIZATION | Priority | 046 | $66,094.95 | $12,557.95 | $53,537.00 | $0.00 | $0.00 |
| | Subtotals For Class Priority  19.00 % | | | $66,094.95 | $12,557.95 | $53,537.00 | $0.00 | |
| | << Totals >> | | | $80,446.33 | $26,909.33 | $53,537.00 | $0.00 | $0.00 |

KOKJER, PIEROTTI, MAIOCCO &
DUCK LLP
Richard Pierotti #46794
Charles Duck, Jr. #40743
351 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 981-4224
E-Mail: rpierotti@kpmd.com

Accountants for Trustee,
CAROL WU

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re GO SKATE, SURF AND SPORT, INC.    ) Case No. 03-57317
                                         ) Chapter 7
                                         )
        Debtor(s)                        )
                                         )

**ORDER APPROVING FINAL APPLICATION FOR COMPENSATION BY ACCOUNTANT FOR THE TRUSTEE**

The final application for compensation by Kokjer, Pierotti, Maiocco & Duck LLP, accountants for the trustee, having come on regularly for hearing before the undersigned United States Bankruptcy Judge on July 7, 2005, wherein the accountants for the trustee sought fees in the amount of $2,306.50 and expenses in the amount of $137.51, due notice thereof having been given as required by law, no objection thereto having been made.

IT IS HEREBY ORDERED that the final application for compensation of Kokjer, Pierotti, Maiocco & Duck LLP, is approved, and the fees and costs set forth above may be paid to Kokjer, Pierotti, Maiocco & Duck LLP.

DATED: 7/17/05

_____
UNITED STATES BANKRUPTCY JUDGE

ORDER AUTHORIZING FINAL APPLICATION FOR COMPENSATION

COURT SERVICE LIST

Office of the U.S. Trustee
280 So. First Street, Suite 268
San Jose, CA 95113

Carol Wu, Trustee
25A Crescent Drive, #413
Pleasant Hill, CA 94523

Barry Milgrom, Esquire
Luce, Fordward, Hamilton & Scripps LLP
121 Spear Street, Suite 200
San Francisco, CA 94111

ORDER AUTHORIZING FINAL APPLICATION FOR
COMPENSATION

Entered on Docket
July 17, 2005
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

7/17/05

/s/ Arthur S. W.

Barry Milgrom, State Bar No. 99961
Sandi Colabianchi, State Bar No. 193872
Luce, Forward, Hamilton & Scripps LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
bmilgrom@luce.com
smcolabianchi@luce.com

Attorneys for CAROL WU,
Trustee in Bankruptcy

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>GO SKATE, SURF AND SPORT, INC.,<br><br>Debtor. | Case No. 03-57317 ASW<br><br>Chapter 7<br><br>The Hon. Arthur S. Weissbrodt<br><br>Date: July 7, 2005<br>Time: 1:15 p.m. |

### ORDER ALLOWING FINAL
### COMPENSATION AND EXPENSE REIMBURSEMENT
(Luce, Forward, Hamilton & Scripps, LLP)

The Chapter 7 Final Application for Compensation by Luce, Forward, Hamilton & Scripps, LLP, counsel to Carol Wu, Trustee in Bankruptcy, came on for hearing on July 7, 2005, on notice to creditors. Appearances are noted in the record.

The Court, having considered the papers and pleadings, the statements on the record, and good cause appearing; it is

ORDERED as follows:

1. Luce, Forward, Hamilton & Scripps, LLP, counsel to Carol Wu, Trustee in Bankruptcy, is awarded final compensation in the sum of **$5,248.00** and expense reimbursement in the amount of **$869.83** for services rendered to the Trustee during the period November 21, 2003

---

1

ORDER ALLOWING FINAL COMPENSATION AND EXPENSE REIMBURSEMENT

through January 25, 2005 as an expense of administration pursuant to § 503(b) of the Bankruptcy Code; and

    2.    The Trustee is authorized to disburse the above sums.

**END OF ORDER**

Case: 03-57317   Doc# 61   Filed: 02/15/06   Entered: 02/15/06 13:03:19   Page 8 of 17

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | United States Trustee<br>Office of the United States Trustee |
| 3 | 235 Pine Street, Suite 700<br>San Francisco, CA 94104 |
| 4 | |
| 5 | Carol Wu, Trustee<br>25A Crescent Dr., Suite 413<br>Pleasant Hill, CA 94523 |
| 6 | |
| 7 | Sandi Colabianchi, Esq.<br>LUCE, FORWARD, HAMILTON & SCRIPPS LLP<br>Rincon Center II |
| 8 | 121 Spear Street, Suite 200<br>San Francisco, CA 94105-1582 |
| 9 | 182972.1 |

COURT SERVICE LIST

Case: 03-57317   Doc# 61   Filed: 02/15/06   Entered: 02/15/06 13:03:19   Page 9 of 17

CAROL WU, TRUSTEE
25A CRESCENT DR. #413
PLEASANT HILL, CA 94523
TELEPHONE/FACSIMILE: (408) 404-7039

7/20 5

*Arthur S. W.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE:

GO SKATE SURF AND SPORT, INC.

Debtor

Chapter 7

Case No. 03-57317-AW
Date: July 7, 2005
Time: 1:15 p.m.
Judge: Hon. Arthur Weissbrodt

**ORDER SETTLING TRUSTEE'S FINAL REPORT
AND PAYMENT OF FEES AND EXPENSES**

The Trustee herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement, and due notice thereof having been given:

IT IS HEREBY ORDERED that the Trustee's Final Report and Application for Compensation and Reimbursement is settled and that the fee application is approved in the following amount,

1. The trustee is authorized to pay to herself the total sum of $3,438.71 as the reasonable compensation for the services rendered to the estate by the trustee, and the further total sum of $35.37 as reimbursement for expenses incurred by the trustee in the administration of this bankruptcy estate. The court having found that the trustee has already received the sum of $0.00 as compensation herein and the sum $0.00 as reimbursement for expenses, the trustee therefore is authorized to pay herself the additional sum of **$3,438.71** as compensation and the additional sum of **$35.37** as reimbursement for expenses at this time.

2. The Trustee is hereby authorized and directed to pay to the clerk of the court the amount of $0.00 for the clerk's noticing and other administrative fees.

** END OF ORDER **

COURT SERVICE LIST

Carol W. Wu
Chapter 7 Trustee
25A Crescent Dr. #413
Pleasant Hill, CA 94523

UNITED STATES TRUSTEE
280 SOUTH FIRST STREET, ROOM 268
SAN JOSE, CA 95113

Sandi Coliabianchi, Esq.
Luce, Forward, Hamilton & Scripps
121 Spear Street, Suite 200
San Francisco, CA 94105

```
 1  CAROL W. WU, Esq. ID #197305
    BANKRUPTCY TRUSTEE
 2  25A Crescent Drive #413
    Pleasant Hill, CA 94523
 3  Telephone & Fax: (408) 404-7039
 4
```

FILED

MAR 18 2004

CLERK
United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re                                    ) Chapter 7
                                         ) Case No. 03-57317 ASW
GO SKATE, SURF AND SPORT, INC.           )
                                         ) Date: March 18, 2004
        Debtor.                          ) Time: 2:15 p.m.
                                         ) Judge: Hon. Arthur S. Weissbrodt
                                         )

## ORDER APPROVING FINAL APPLICATION FOR COMPENSATION BY JOHN SCHMITZ & ASSOCIATES

The final application for compensation submitted by John Schmitz & Associates, Agent/Appraiser to Carol Wu, Chapter 7 Trustee ("Trustee"), having been submitted to this Court, a copy served upon the Office of the United States Trustee, and good cause appearing:

**IT IS HEREBY ORDERED THAT**

1. The Trustee is authorized to pay Mr. Schmitz final compensation in the sum of $2,148.25 and reimbursement of expenses in the sum of $136.34.

2. Such payments to Mr. Schmitz shall be included in the Trustee's Final Account.

Dated: MAR 18 2004

ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

| Case No: | 03-57317 -AW |
|---|---|
| Case Name: | GO SKATE SURF AND SPORT INC |
| Taxpayer ID No: | *******5330 |
| For Period Ending: | 01/29/06 |

| Trustee Name: | CAROL WU |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4273 MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/04 | 2 | WELLS FARGO BANK 420 MONTGOMERY STREET SAN FRANCISCO, CA 94163 | CHECKING ACCOUNT PROCEEDS Proceeds from Wells Fargo Bank checking account. Cashiers' Check No. 0048703554 | 1129-000 | 2,671.98 | | 2,671.98 |
| 01/30/04 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.40 | | 2,672.38 |
| 02/02/04 | 4 | H. BENDIX AUCTIONEERS/R. WASSER AUCTIONEERS | SALE OF PERSONAL PROPERTY Sale of store inventory and goods. Funds wired from buyers. Approved by the Court on January 29, 2004. | 1129-000 | 22,000.00 | | 24,672.38 |
| 02/16/04 | 6 | GLISSADE MANUFACTURING 458 BRANNAN STREET SAN FRANCISCO, CA 94107-1713 | ACCOUNTS RECEIVABLE COLLECTION Payment on invoice no. 3860 dated 12/3/99. Check No. 4470. | 1221-000 | 992.04 | | 25,664.42 |
| 02/27/04 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.99 | | 25,666.41 |
| 02/29/04 | 001000 | INTERNATIONAL SURETIES, LTD 210 BARONNE STREET SUITE 1700 NEW ORLEANS, LA 70112 | BOND PAYMENT Bond No. 016030864 for term 1/04-1/05. | 2300-000 | | 3.23 | 25,663.18 |
| 03/18/04 | 001001 | JOHN SCHMITZ JOHN SCHMITZ & ASSOCIATES 1227 SHAFTER STREET SAN MATEO, CA 94402 | APPRAISAL/AGENT FOR TRUSTEE FEES Fina fee appl. approved by the Court on 3/18/2004. | 3711-000 | | 2,148.25 | 23,514.93 |
| 03/18/04 | 001002 | JOHN SCHMITZ JOHN SCHMITZ & ASSOCIATES 1227 SHAFTER STREET SAN MATEO, CA 94402 | APPRAISAL/AGT FOR TRUSTEE EXPENSES Approved by the Court on 3/18/04. | 3712-000 | | 136.34 | 23,378.59 |
| 03/29/04 | 6 | GLISSADE MANUFACTURING 458 BRANNAN STREET SAN FRANCISCO, CA 94107 | ACCOUNTS RECEIVABLE COLLECTION Accounts receivable payment. Check no. 4479. | 1221-000 | 500.00 | | 23,878.59 |
| 03/31/04 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.11 | | 23,880.70 |
| 04/15/04 | 7 | PRO-TEC 15700 SHOEMAKER AVENUE | Refund received. Reference no. RL 86210. Check no. 2628. | 1221-000 | 109.22 | | 23,989.92 |

| | Page Subtotals | 26,277.74 | 2,287.82 |
|---|---|---|---|

Case. 03-57317   Doc# 61   Filed: 02/15/06   Entered: 02/15/06 13:03:19   Page 13 of 17

Page: 2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No.: | 03-57317 -AW |
| Case Name: | GO SKATE SURF AND SPORT INC |
| Taxpayer ID No: | ********5330 |
| For Period Ending: | 01/29/06 |

| | |
|---|---|
| Trustee Name: | CAROL WU |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ********4273 MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/23/04 | 6 | GLISSADE MANUFACTURING<br>458 BRANNAN STREET<br>SANTA FE SPRINGS, CA 90670-5515 | ACCOUNTS RECEIVABLE COLLECTION<br>Payment of Invoice #3643 dated 12/18/99. Check no. 4481. | 1221-000 | 500.00 | | 24,489.92 |
| 04/29/04 | 8 | PAUL R. STASSINOS, ESQ.<br>LEGAL RECOVERY SERVICES<br>5150 SUNRISE BLVD., SUITE B6<br>FAIR OAKS, CA 95628 | ACCOUNTS RECEIVABLE COLLECTION<br>Monies recovered from Laxman T. Drivas. Check no. 205012. | 1221-000 | 84.13 | | 24,574.05 |
| 04/30/04 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.97 | | 24,576.02 |
| 05/28/04 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.08 | | 24,578.10 |
| 06/30/04 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.02 | | 24,580.12 |
| 07/30/04 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.07 | | 24,582.19 |
| 08/31/04 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.09 | | 24,584.28 |
| 09/30/04 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.02 | | 24,586.30 |
| 10/29/04 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.08 | | 24,588.38 |
| 11/30/04 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.02 | | 24,590.40 |
| 12/31/04 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.08 | | 24,592.48 |
| 01/31/05 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.09 | | 24,594.57 |
| 02/28/05 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.72 | | 24,599.29 |
| 03/11/05 | 001003 | INTERNATIONAL SURETIES, LTD<br>SUITE 1700<br>210 BARONNE STREET<br>NEW ORLEANS, LA 70112 | BOND PAYMENT<br>For Bond # 01603086 | 2300-000 | | 27.64 | 24,571.65 |
| 03/31/05 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.22 | | 24,576.87 |
| 04/29/05 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.04 | | 24,581.91 |
| 05/31/05 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.23 | | 24,587.14 |
| 06/30/05 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.05 | | 24,592.19 |
| 07/11/05 | 5 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.68 | | 24,593.87 |
| 07/11/05 | | Transfer to Acct #********4804 | Final Posting Transfer | 9999-000 | | 24,593.87 | 0.00 |
| | | | | Page Subtotals | 631.59 | 24,621.51 | |

LFORM24

Ver: 10.62a

Case: 03-57317 Doc# 61 Filed: 02/15/06 Entered: 02/15/06 13:03:19 Page 14 of 17

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 03-57317 -AW | Trustee Name: | CAROL WU |
|---|---|---|---|
| Case Name: | GO SKATE SURF AND SPORT INC | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******5330 | Account Number / CD #: | *******4273 MONEY MARKET |
| For Period Ending: | 01/29/06 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | 26,909.33 | 26,909.33 |
| | Less: Bank Transfers/CD's | 0.00 | 24,593.87 |
| | Subtotal | 26,909.33 | 2,315.46 |
| | Less: Payments to Debtors | | 0.00 |
| | Net | 26,909.33 | 2,315.46 |

Page Subtotals  0.00  0.00

Case: 03-57317    Doc# 61    Filed: 02/15/06    Entered: 02/15/06 13:03:19    Page 15 of 17

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 03-57317 -AW
Case Name: GO SKATE SURF AND SPORT INC
Taxpayer ID No: \*\*\*\*\*\*\*5330
For Period Ending: 01/29/06

Trustee Name: CAROL WU
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: \*\*\*\*\*\*\*4804 GENERAL CHECKING
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/11/05 | | Transfer from Acct #\*\*\*\*\*\*\*4273 | Transfer In From MMA Account | 9999-000 | 24,593.87 | | 24,593.87 |
| 07/11/05 | 000100 | CAROL W. WU<br>BANKRUPTCY TRUSTEE<br>25A CRESCENT DRIVE #413<br>PLEASANT HILL, CA 94523 | TRUSTEE COMPENSATION<br>Approved by the Court on 7/7/05. | 2100-000 | | 3,438.71 | 21,155.16 |
| 07/11/05 | 000101 | CAROL W. WU<br>BANKRUPTCY TRUSTEE<br>25A CRESCENT DRIVE #413<br>PLEASANT HILL, CA 94523 | TRUSTEE EXPENSES<br>Approved by the Court on 7/7/05. | 2200-000 | | 35.37 | 21,119.79 |
| 07/20/05 | 000102 | RICHARD PIEROTTI<br>KOKJER, PIEROTTI, MAICCO & DUCK LLP<br>351 CALIFORNIA STREET, SUITE 300<br>SAN FRANCISCO, CA 94104 | ACCOUNTANT FOR TRUSTEE EXPENSES<br>Approved by the Court on July 19, 2005 | 3420-000 | | 137.51 | 20,982.28 |
| 07/20/05 | 000103 | RICHARD PIEROTTI<br>KOKJER, PIEROTTI, MAICCO & DUCK LLP<br>351 CALIFORNIA STREET, SUITE 300<br>SAN FRANCISCO, CA 94104 | ACCOUNTANT FOR TRUSTEE FEES<br>Approved by the Court on July 19, 2005 | 3410-000 | | 2,306.50 | 18,675.78 |
| 07/20/05 | 000104 | LUCE, FORWARD, HAMILTON & SCRIPPS L | ATTORNEY FOR TRUSTEE FEES<br>Approved by the Court on July 17, 2005 | 3210-000 | | 5,248.00 | 13,427.78 |
| 07/20/05 | 000105 | LUCE, FORWARD, HAMILTON & SCRIPPS L | ATTORNEY FOR TRUSTEE EXPENSES<br>Approved by the Court on July 17, 2005 | 3220-000 | | 869.83 | 12,557.95 |
| 08/03/05 | 000106 | STATE BOARD OF EQUALIZATION<br>SPECIAL PROCEDURES SECTION<br>MIC 55<br>P.O. BOX 942879<br>SACRAMENTO, CA 94279-0055 | Claim 49, Payment 19.00% | 5800-000 | | 12,557.95 | 0.00 |
| | | | Page Subtotals | | 24,593.87 | 24,593.87 | |

LFORM24  Ver: 10.62a

Case: 03-57317    Doc# 61    Filed: 02/15/06    Entered: 02/15/06 13:03:19    Page 16 of 17

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 03-57317 -AW | Trustee Name: | CAROL WU |
|---|---|---|---|
| Case Name: | GO SKATE SURF AND SPORT INC | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******5330 | Account Number / CD #: | *******4804 GENERAL CHECKING |
| For Period Ending: | 01/29/06 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | | 24,593.87 | 24,593.87 | 0.00 |
| Less: Bank Transfers/CD's | | | 24,593.87 | 0.00 | |
| Subtotal | | | 0.00 | 24,593.87 | |
| Less: Payments to Debtors | | | | 0.00 | |
| Net | | | 0.00 | 24,593.87 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 26,909.33 | 26,909.33 | 0.00 |
| MONEY MARKET - *********4273 | 0.00 | 2,315.46 | 0.00 |
| GENERAL CHECKING - *********4804 | 26,909.33 | 24,593.87 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Case: 03-57317    Doc# 61    Filed: 02/15/06    Entered: 02/15/06 13:03:19    Page 17 of 17